CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ANGEL FELIX, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ANGEL FELIX, Jr.,<br><br>　　　　　Defendant. | Case No.: 2:22-cr-27 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:　May 5, 2022<br>TIME:　9:30 a.m.<br>JUDGE:　Hon. Troy L. Nunley |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Justin Lee, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Angel Felix, Jr., that the hearing in this matter, currently scheduled for May 5, 2022, at 9:30 a.m., be vacated, and that the matter be continued to this court's criminal calendar on June 16, 2022, at 9:30 a.m. for further status conference. Counsel will require time to review discovery, conduct investigation, as necessary, and confer with Mr. Felix.

　　　IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, May 2, 2022, through June 16, 2022, and that the ends of justice served in granting the continuance and allowing the defendant further

05/02/22

time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:     May 2, 2022        /S/    Justin Lee
                                                PHILLIP TALBERT
                                                by JUSTIN LEE
                                                Attorney for Plaintiff

                                                /S/    Clemente M. Jiménez
                                                CLEMENTE M. JIMÉNEZ
                                                Attorney for Angel Felix, Jr.

**ORDER**

     IT IS SO ORDERED, that the status of counsel hearing in the above-entitled matter, scheduled for May 5, 2022, at 9:30 a.m., be vacated and the matter continued for further status conference on June 16, 2022, at 9:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, May 2, 2022, through June 16, 2022, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 2nd day of May 2022

                                                  Troy L. Nunley
                                                United States District Judge

05/02/22