CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ANGEL FELIX, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ANGEL FELIX, Jr.,<br><br>  Defendant. | Case No.: 2:22-cr-27 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  June 16, 2022<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Justin Lee, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Angel Felix, Jr., that the hearing in this matter, currently scheduled for June 16, 2022, at 9:30 a.m., be vacated, and that the matter be continued to this court's criminal calendar on September 1, 2022, at 9:30 a.m. for further status conference. Counsel will require time to review discovery, conduct investigation, as necessary, and confer with Mr. Felix.

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, June 13, 2022, through September 1, 2022, and that the ends of justice served in granting the continuance and allowing the defendant

06/13/22

further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   June 13, 2022           /S/    Justin Lee
                                 PHILLIP TALBERT
                                 by JUSTIN LEE
                                 Attorney for Plaintiff

                                 /S/    Clemente M. Jiménez
                                 CLEMENTE M. JIMÉNEZ
                                 Attorney for Angel Felix, Jr.

## ORDER

IT IS SO ORDERED, that the status of counsel hearing in the above-entitled matter, scheduled for June 16, 2022, at 9:30 a.m., be vacated and the matter continued for further status conference on **September 1, 2022, at 9:30 a.m.**  The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, June 13, 2022, through September 1, 2022, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 13th day of June 2022.

                                 Troy L. Nunley
                                 United States District Judge

06/13/22